Daisy H. Harts, appellant, v. Arnold Brothers, a corporation, appellee. Gen. No. 30,068.

Action to recover solicitor's fees incurred in prosecuting suit in equity against defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926.

Burke, Jackson & Burke and Edwin B. Harts, for appellant. Zimmerman & Clark, for appellee.

Mr. Justice Johnston delivered the opinion of the court.